# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

**VICTOR CANCEL**, ) **D.C. CV. NO. 2010-036**
       Petitioner, )
) Ref: D.C. CR. NO. 2008-031
    v. )
)
**UNITED STATES OF AMERICA**, )
       Respondent. )
_____ )

# O R D E R

Consistent with the memorandum opinion of even date, it is hereby

**ORDERED** that the government's motion to dismiss Cancel's 28 U.S.C. § 2255 motion is **GRANTED**; and further

**ORDERED** that other pending motions, if any, are **DENIED** as moot; and further

**ORDERED** that a certificate of appealability is not warranted; and finally

**ORDERED** that the Clerk of the Court shall **CLOSE** the above-captioned files.

**DONE AND SO ORDERED** this 19 day of September 2011.

                                      **E N T E R:**

                                      /s/ Raymond L. Finch
                                      _____
                                      **RAYMOND L. FINCH**
                                      **SENIOR DISTRICT JUDGE**

**Copies to:**
    George W. Cannon, Jr., Magistrate Judge
    Denise Hinds, AUSA
    Victor Cancel, Reg. No. 33200-069, Federal Correctional Institution Miami, P.O. Box 779800 Miami, FL 33177 (Please Mark: "LEGAL MAIL")